IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUL 15  A 10: 07

AIS# 210963
EDWIN DEE DENNIS JR
_____
Full name and prison number
of plaintiff(s)

v.

Lee County jail administrations
Major Tolbert
C/O Eason
Sgt Threet
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05cv653-A
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Major Tolbert | 2311 Gateway Drive - Opelika, AL 36801 |
| 2. | C/O EASON | " " |
| 3. | ~~St Tassel~~ | |
| 4. | Admin. Staff of Lee County Detention Facility | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Feb - 23rd - ~~Feb 28th~~ march 10th_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Was made to sleep on floor in a cell that is unsanitary - was also refused access to a mental health center_

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

The Inmates usually spend up to 1 month sleeping on floor. The showers have mold on them as do the ceilings. Mental Health is Denied to some Individuals. June 16th Edwin Dennis Received legal mail opend and missing contents

**GROUND TWO:** Edwin Dennis was Refused mental health treatment even though he has a history of it.

**SUPPORTING FACTS:** The Counsilor Mr. Eason refused Mr. Dennis mental health treatment because of problems with him. Said Individual has been here three months. Said Individual is also on record with the canty mental health as being diognosd with depression.

**GROUND THREE:** Legal mail of Mr Dennis was opend and some forms taken out before bought him.

**SUPPORTING FACTS:** C/o Pentellis brought legal mail to Dennis who show'd pentellis that is was open and exsplaind what contents were missing. Pentellis reported the matter to the shift sopervisor who talked to Dennis and made a formal Report. The shift sopervisor (Sgt. Parket) has stated to Dennis that Administration intended to ignore the matter but did himself retain a copy of the report "to cover his ass" was the statement made to Mr. Dennis. Mr Dennis has attempted to find out the name [3] of person responsible but jailers will not divuldge the information. Mr Dennis gets the same Response to his questions as to Mr. Easons Full name

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To Help mr. Dennis File Suit. To rectify situations at the jail. To acknowledge civil rights are being violated. To be paid moneys for suffering

_Edwin Dee Dennis_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 22nd 2005.
(Date)

_Edwin Dee Dennis_
Signature of plaintiff(s)

4