IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

3:05cv653-A

I, EDWIN DEE DENNIS JR, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )   NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. Febuary 20th 2005 $15.00 hourly

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    YES ( )   NO (X)
   B. Rent payments, interest, or dividends?    YES ( )   NO (X)
   C. Pensions, annuities, or life insurance payments?    YES ( )   NO (X)
   D. Gifts or inheritances?    YES (X)   NO ( )
   E. Any other sources?    YES ( )   NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. Mother brought me $50.00 1 month ago.

3. Do you own cash, or do you have money in a checking/savings account?    YES ( )    NO (✓)

If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (✓)

If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _Kayla Dennis, Brittany Dennis, Dalton Dennis, Devin Dennis / my Children_

_Edwin DEE Dennis Jr._
Plaintiff

STATE OF ALABAMA
COUNTY OF _LEE_

Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_Edwin Dee Dennis Jr._
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/02/05___.
               (date)

_____Edwin Lee Dennis Jr._____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __0__ on account to his credit at the __LEE COUNTY DETENTION CENTER__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ __1.22__ on the 1st day of __JUNE, 05__
2. $ __.17__ on the 1st day of __MAY, 05__
3. $ __1.27__ on the 1st day of __APRIL, 05__
4. $ _____ on the 1st day of __MARCH, 05__
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_____
Authorized Officer of Institution

DATE __7/2/05__