Statement of true Oath.           July 13th 05

I Edwin D Davis being incarcerated at the Lee count dentention center and unable to gain access to a notary Republic do here by swear the Information supplied by my person in this civil actions form to be true to the best of my knowledge.

_Edwin D Davis Jr._
Signature

RECEIVED 2005 JUL 15 A 10:07