| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) M J Kenner  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[OPELIKA, AL 36801 USPS JUL 21 2005 postmark] |
| 1. Article Addressed to:<br><br>Sgt. Threat<br>Lee County Detention Center<br>PO Box 2407<br>Opelika, AL 36801<br><br>05cv653 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 2716 |
| PS Form 3811, August 2001 | Domestic Return Receipt     102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) M J Kenner  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[OPELIKA, AL 36801 USPS JUL 21 2005 postmark] |
| 1. Article Addressed to:<br><br>Major Tolbert<br>Lee County Detention Center<br>PO Box 2407<br>Opelika, AL 36801<br><br>05cv653 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 2693 |
| PS Form 3811, August 2001 | Domestic Return Receipt     102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lee County Jail Administrations
   Lee County Detention Center
   PO Box 2407
   Opelika, AL 36801

   05cv653

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _M Kenne_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) — M Kenne     C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Postmark: OPELIKA, AL 36801 USPS JUL 21 2005]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7005 1160 0001 3017 2686

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO Eason
   Lee County Detention Center
   PO Box 2407
   Opelika, AL 36801

   05cv653

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _M Kenne_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) — M Kenne     C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Postmark: OPELIKA, AL 36801 USPS JUL 21 2005]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7005 1160 0001 3017 2709

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540