IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWIN DEE DENNIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 3:05-cv-653-WHA-SRW |
| | ) |
| LEE COUNTY JAIL | ) |
| ADMINISTRATION, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

COME NOW the Defendant designated by Plaintiff as "Lee County Jail Administrations," Major Cary Torbert, Jr., James Eason, Mental Health Officer, and Sergeant Tommy Threat, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 21 days in which to file their Special Report and Answer which is presently due on August 29, 2005. As grounds for said motion, Defendants state as follows:

1. On July 20, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before August 29, 2005.

2. The gathering of information with which to formulate the Special Report has taken longer than expected. Counsel for Defendants has yet to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Lee County Sheriff's Department relevant to Plaintiff's allegations. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

3. Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

4. Defendants have not previously requested an extension of time in this case.

5. Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including September 19, 2005.

Respectfully submitted this 26th day of August, 2005.

>s/Kelly Gallops Davidson
>KELLY GALLOPS DAVIDSON Bar No. DAV123
>
>Attorney for Defendants
>
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive
>Post Office Box 240909
>Montgomery, Alabama  36124
>Telephone: (334) 262-1850
>Fax: (334) 262-1889
>E-mail: kdavidson@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of August, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

>Edwin Dee Dennis, Jr.
>AIS # 210963
>Lee County Detention Center
>P.O. Box 2407
>Opelika, AL 36801

>s/Kelly Gallops Davidson
>OF COUNSEL