IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

EDWIN DEE DENNIS, JR.                    *

    Plaintiff,                                        *

    v.                                                    * CIVIL ACTION NO. 3:05-CV-653-A

LEE COUNTY JAIL ADMINISTRATIONS,    *
*et al.*,
                                                                                     *

    Defendants.

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

    1.  The motion (Doc. No. 6) is GRANTED;

    2.  Defendants are GRANTED an extension from August 29, 2005 to September 19, 2005 to file their answer and written report.

    DONE, this 1st day of September, 2005.

                                                         /s/ Susan Russ Walker
                                                         SUSAN RUSS WALKER
                                                         UNITED STATES MAGISTRATE JUDGE