## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **EDWIN DEE DENNIS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:05-cv-653-WHA-SRW** |
| | ) | |
| **LEE COUNTY JAIL** | ) | |
| **ADMINISTRATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF TOMMY THREAT

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared TOMMY THREAT, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Tommy Threat.  I am over the age of nineteen and competent to execute this affidavit.  I am employed with the Lee County Sheriff's Department and serve as a correctional officer for Lee County Detention Facility.  I have served in such capacity since July, 2000 and have obtained the rank of sergeant.  Prior to my working with the Lee County Sheriff's Department, I served in the Marine Corp for twenty-one years, retiring with the rank of staff sergeant.

2.      I am not personally familiar with any of the allegations made the basis of the Plaintiff's Complaint as I have never received any requests, written or verbal, from him concerning

  
any of these allegations nor have I received any grievance from him concerning any of the allegations made in his Complaint.

3.     As there is a grievance and request, procedure in the Lee County Detention Facility, it could have been used by the Plaintiff. However, I never received any such grievance, or request and to the best of my knowledge, no grievance or request was ever written by the Plaintiff concerning the allegations made the basis of his Complaint.

4.     I swear, to the best of my present knowledge, information, and belief, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

TOMMY THREAT

SWORN TO and SUBSCRIBED before me this 22nd day of Sept , 2005.

NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES FEB. 10, 2007

2