# EXHIBIT 1




# SHERIFF OF LEE COUNTY
## JAY JONES

E-mail:
lcso@leecountysheriff.org

P.O. BOX 688
OPELIKA, AL 36803-0688

Phone (334) 749-5651
Fax (334) 749-4935

| Correction Specialist Progress Note |
|---|

**Date:** 03/15/05
**Inmate:** Dennis, Edwin
**Current Medications & Allergies:** NONE
**Cell Assignment:** F-4
**Charges:** Manufacturing Controlled Substance
**Current GAF:** 60

<u>Subjective:</u> Inmate is a 32 YOWM who presents today stating he is experiencing increased anxiety since his incarceration. " I can't sleep and my attitude is deteriorating." Inmate states he has had two anxiety attacks since his incarceration.

<u>Objective:</u> Inmate is a 32 YOWM who presents with a full/pleasant affect and is alert and oriented to person, place, time, and situation. Inmate's appearance is appropriate and his behavior is cooperative. His manner is suspicious and somewhat guarded. Inmate reports that he can't sleep and needs Prozac to help with this problem. Inmate states he has had two anxiety attacks since his incarceration. He describes his symptoms as chest pain and shortness of breath. Inmate reports no specific antecedents other than being in jail. He reports that he has taken Prozac in the past per Dr. Reddy but is nonspecific as to when he was last assessed by her. Writer contacted East Alabama Mental Health regarding this inmate's case status. Writer was informed that this inmate's case is inactive and he was last assessed per Dr. Reddy on 1/14/03. Inmate states he was released from prison on 11/7/4. However, he has had no follow up with EAMH since his release and his case remains closed. Inmate denies that he is experiencing suicidal/homicidal ideations as well as hallucinations and there was no delusional or paranoid thought content noted during the course of this interview. Inmate also denies any history of suicidal attempts or gestures. Inmate states that he uses methamphetamines on a daily basis and reports that his last usage occurred on 2/22/05 which was the date of his arrest. "I last used meth in the back of the patrol case when they arrested me." Inmate reports that he is frustrated that his family does not visit him since his incarceration.

<u>Assessment:</u>

| Appearance: appropriate | Affect/Mood: full/pleasant | Perception: (-) hallucinations |
|---|---|---|
| Behavior: cooperative | Orientation: x 4 | Intellect: average |
| Appetite: ok | Memory: intact | Insight/Judgment: |
| Sleep: poor | Thought Content: (-) SI/HI/PI/DT | Substance Abuse: Meth LU 2/22/5 |
| Speech: WNL | Thought Process: normal | Med Compliance: NA |

<u>Plan/Disposition:</u> Inmate is stable at this time with regard to cell assignment and no disciplinary/behavioral problems have been noted. Inmate does not meet SMI (Serious Mental Illness) criteria at this time that would warrant further assessment based on his reported symptomology. Writer discussed adjustment issues with this inmate such as poor sleep and anxiety

once incarcerated. Writer also discussed with inmate methamphetamine withdrawal symptomalogy. However this should not be an issue given the inmate's date of last usage. Writer dispensed reading materials to the inmate pertaining to anxiety and poor sleep. Inmate does not appear to be a danger to himself or others at this time. Writer will also inform the nursing staff regarding this inmate's somatic complaints. Writer will continue to f/u with this inmate as needed.

_____
James Eason, MS, ALC, CRC, CVE, Correction Specialist/Mental Health Officer  # 43D47
Lee County Sheriff's Office & Detention Center