IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EDWIN DEE DENNIS, JR.,              )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CIVIL ACTION NO. 3:05cv653-A
                                   )                    (WO)
LEE COUNTY JAIL                    )
ADMINISTRATIONS, et al.,           )
                                   )
        Defendants.                )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the

defendants and against the plaintiff, that this action be and is hereby dismissed, and that the

defendants recover the costs of this action.

Done this 14th day of November, 2005.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE